**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02110-BNB
(**The above civil action number must appear on all future papers
   sent to the court in this action.  Failure to include this number
   may result in a delay in the consideration of your claims.**)

BEYENE ZELALEM,

      Plaintiff,

v.

GEO GROUP, INC., H.S.A. (Health Services Administration),

      Defendant.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff has submitted *pro se* a "Notice of Claim Against GEO Group Inc., H.S.A.

(Health Services Administration)" in which he states that he his civil rights have been

violated.  Because it appears that Plaintiff intends to seek judicial relief, this civil action

has been commenced.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1,

the court has determined that the document is deficient as described in this order.

Plaintiff will be directed to cure the following if he wishes to pursue his claims.  If Plaintiff

does not wish to pursue a civil action in this court, he should advise the court of that fact

and the instant action will be dismissed.  Any papers that Plaintiff files in response to

this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  <u>xx</u>    is not submitted
(2)  __    is missing affidavit
(3)  __    is missing certified copy of prisoner's trust fund statement for the 6-month
          period immediately preceding this filing
(4)  __    is missing certificate showing current balance in prison account
(5)  __    is missing required financial information
(6)  __    is missing an original signature by the prisoner

(7)    __    is not on proper form (must use the court's current form)
(8)    __    names in caption do not match names in caption of complaint, petition or habeas application
(9)    xx    other: motion is necessary only if filing and administrative fees totaling $400.00 filing fee are not paid in advance.

**Complaint, Petition or Application**:
(10)   xx    is not submitted
(11)   __    is not on proper form (must use the court's current Prisoner form)
(12)   __    is missing an original signature by the prisoner
(13)   __    is missing page nos. ___
(14)   __    uses et al. instead of listing all parties in caption
(15)   __    names in caption do not match names in text
(16)   __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)   __    other: _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED August 7, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge